UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN REDGREN and ANN REDGREN. | : |
| Plaintiffs, | : Civil Action No. 3:09-cv-01794 (JCH) |
| v. | : |
| BAYER SCHERING PHARMA, A.G., BAYER CORPORATION, and BAYER HEALTHCARE PHARMACEUTICALS INC., (As Successor in Interest to BAYER PHARMACEUTICALS CORPORATION) | : |
| Defendants. | : |

**ORDER**

**IT IS HEREBY ORDERED** that all proceedings in the above-captioned case are STAYED pending transfer of this case to MDL-1928 and that any deadline to file responsive pleadings to the Complaint is EXTENDED until thirty (30) days after the date on which a docket for the above-captioned case is opened in the District Court for the Southern District of Florida.

This ___29th___ day of December, 2009.

/s/ Janet C. Hall
_____
Janet C. Hall
United States District Judge